UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :
  XUE SHAN WANG,                                    :
                              Plaintiff             :
                                                    :           21 Civ. 6271 (LGS)
                     -against-                      :
                                                    :              ORDER
  NEW YORK CITY DEPARTMENT OF YOUTH :
  AND COMMUNITY DEVELOPMENT, et al.,     :
                              Defendants.           :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for November 4, 2021;

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the November 4, 2021, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

The Clerk of Court is respectfully directed to mail this Order to pro se Plaintiff.

Dated: October 29, 2021
       New York, New York

_____
   LORNA G. SCHOFIELD
   UNITED STATES DISTRICT JUDGE