UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XUE SHAN WANG,

                            Plaintiff,                              21-CV-6271 (LGS) (VF)

          -against-                               **ORDER SCHEDULING CASE**
                                                                        **MANAGEMENT CONFERENCE**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT et al

                                  Defendant(s).
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A Case Management Conference in this matter is hereby scheduled for **Thursday, May 5, 2022, at 2:30 p.m.**  Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

        **SO ORDERED.**

DATED:      New York, New York
                 April 27, 2022

                                                                       _____
                                                                     VALERIE FIGUEREDO
                                                                       United States Magistrate Judge