UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XUE SHAN WANG,

                        Plaintiff,                  **21-CV-6271 (LGS) (VF)**

    -against-                          **ORDER**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT et al.

                       Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The deadline for fact discovery in this action is hereby extended to **Wednesday, August 31, 2022.** The parties are ordered to file a joint letter no later than **Tuesday, May 31, 2022**, providing the Court an update on the status of discovery and any outstanding discovery disputes.

      **SO ORDERED.**

DATED:    New York, New York
              May 5, 2022

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge