UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XUE SHAN WANG,

                       Plaintiff,                             **21-CV-6271 (LGS) (VF)**

        -against-                                     **ORDER**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT et al.

                       Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The deadline for fact discovery in this action is hereby extended to **Wednesday, November 30, 2022.** Defendants are directed to produce supplemental affidavits concerning the existence of any handwritten or digital notes by **Tuesday, June 21, 2022**, and fully produce all electronic discovery no later than **Friday, July 22, 2022**. The parties are ordered to file a joint letter no later than **Friday, July 29, 2022**, providing the Court an update on the status of discovery and any outstanding discovery disputes. The Clerk of Court is respectfully directed to terminate the letter motion to compel at ECF No. 52.

      **SO ORDERED.**

DATED:      New York, New York
                    June 7, 2022

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge