UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
XUE SHAN WANG,
                            Plaintiff,

                21 Civ. 6271 (LGS)

           -against-

                ORDER

NEW YORK CITY DEPARTMENT OF YOUTH
AND COMMUNITY DEVELOPMENT, et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, there is a pre-motion conference in this action scheduled for September 21, 2022;

    WHEREAS, the current fact discovery deadline is November 30, 2022. It is hereby

    **ORDERED** that the pre-motion conference in this action is adjourned to **December 14, 2022, at 4:20 P.M.** The parties shall otherwise follow the instructions for the conference and required filings prior to the conference in paragraph 13(c) of the Civil Case Management Plan and Scheduling Order at Dkt. No. 32.

Dated: September 13, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE