UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                 :

XUE SHAN WANG,                     :

                           Plaintiff,    :

                                   :          21 Civ. 6271 (LGS)

             -against-            :

                                   :            ORDER

NEW YORK CITY DEPARTMENT OF    :
YOUTH AND COMMUNITY         :
DEVELOPMENT, et al.,            :
                     Defendant.  :

                                   :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the pre-motion conference scheduled for March 29, 2023, is

adjourned **sine die** and will be restored to the calendar upon the close of fact discovery.

Dated: March 8, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                               UNITED STATES DISTRICT JUDGE