UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XUE SHAN WANG,

                Plaintiff,                        21-CV-6271 (LGS) (VF)

        -against-                         **ORDER**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT, et al,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Counsel for the parties are directed to confer to discuss the matters set forth in Rule 26(f) of the Federal Rules of Civil Procedure. The parties are directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by no later than **Wednesday, May 1, 2024.** Counsel who disagree about the dates or other terms of the proposed schedule shall submit a joint letter briefly explaining the dispute. The parties shall discuss whether they consent to conduct all proceedings, including a trial, before the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/hon-valerie-figueredo and file such form with the Court. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

      **SO ORDERED.**

DATED:   New York, New York
              April 10, 2024

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge