**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
XUE SHAN WANG,

                             Plaintiff,              **21-CV-6271 (LGS) (VF)**

-against-                             **ORDER**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT, et al.,

                           Defendant(s).
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update regarding the progress of discovery by **October 18, 2024**.

         **SO ORDERED.**

DATED:     New York, New York
                October 9, 2024

                                                   _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge