UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XUE SHAN WANG,

                               Plaintiff,                    **21-CV-6271 (LGS) (VF)**

-against-                      **ORDER RESCHEDULING**
                                                                  **TELEPHONIC CONFERENCE**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT, et al.,

                              Defendant(s).
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The telephone conference scheduled for Thursday, November 14, 2024 at 3:00 pm has been rescheduled for **Wednesday, November 13, 2024 at 3:30 pm.**


    **SO ORDERED.**

DATED:    New York, New York
                  November 6, 2024

                                                                            _____
                                                                            VALERIE FIGUEREDO
                                                                            United States Magistrate Judge