UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
XUE SHAN WANG,

                        Plaintiff,                  **21-CV-6271 (LGS) (VF)**

         -against-                         **ORDER**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT, et al.,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendants are hereby directed to produce (1) a privilege log by **Friday, November 22, 2024**, and (2) the supplemental responses discussed during the telephone conference held on November 13, 2024 by **Friday, December 6, 2024**.

      The parties are directed to submit a joint status update regarding the progress of discovery by **Friday, January 10, 2025**.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 109.

   **SO ORDERED.**

DATED:    New York, New York
              November 13, 2024

                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge