UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

XUE SHAN WANG,

                              Plaintiff,

                    -against-

NEW YORK CITY DEPARTMENT
OF YOUTH AND COMMUNITY
DEVELOPMENT, et al.,

                           Defendants.

                                          21 Civ. 6271 (LGS)

ORDER

------------------------------------------------------------

LORNA G. SCHOFIELD, United States District Judge:

      WHEREAS, the Order entered on March 8, 2023, adjourned the pre-motion conference sine die until the close of fact discovery, at which point the Court would restore the conference to the calendar.

      WHEREAS, fact discovery closed on April 18, 2025.  It is hereby

      **ORDERED** that a pre-motion conference is scheduled for **June 3, 2025, at 3:30 pm** in courtroom 1106, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The parties are reminded of the need to file any pre-motion letters by **May 20, 2025.**

Dated:  April 22, 2025
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE