**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
XUE SHAN WANG,

                                  Plaintiff,          **21-CV-6271 (LGS) (VF)**

               -against-                              **ORDER**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT, et al.,

                                Defendant(s).
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The parties are directed to submit a joint status update by **Wednesday, April 30, 2025** informing the Court on the status of discovery, and, specifically, whether Ms. Phanor has been deposed.

       **SO ORDERED.**

DATED:    New York, New York
               April 23, 2025

                                                            _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge