UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
XUE SHAN WANG,                                :

        Plaintiff,                              :
                                          1:21-cv-06271-LGS-VF
        v.                                        :

                                          :
CITY OF NEW YORK et al.,

        Defendants.                             :
-------------------------------------------------x

**PROPOSED ORDER – WITHDRAWAL OF COUNSEL**

The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendants, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated: New York, New York
       April 29, 2025

                                            PADUANO & WEINTRAUB LLP

                                            By: /s/ Bryan C. Olert
                                                  Bryan C. Olert
                                            1251 Avenue of the Americas
                                            Ninth Floor
                                            New York, New York 10020
                                            (212) 785-9100
                                            bco@pwlawyers.com

SO ORDERED

_____
Magistrate Judge Valerie Figueredo