UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WANG,
                            Plaintiff

                        21 Civ. 6271 (LGS)

          -against-

NEW YORK CITY DEPARTMENT OF     ORDER
YOUTH AND COMMUNITY
DEVELOPMENT, et al.,
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on June 3, 2025. As discussed at the conference, it is hereby

      **ORDERED** that the parties shall jointly file a status letter by **June 17, 2025**, updating the Court on the status of settlement discussions and providing a joint proposal on next steps, including what avenue of mediation -- if any -- the parties plan to pursue. Should the parties be unable to reach agreement, the letter shall state each party's position.

Dated: June 3, 2025
       New York, New York

                                  LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE