**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
XUE SHAN WANG,

                     Plaintiff,                   **21-CV-6271 (LGS) (VF)**

          -against-                          **ORDER**

NEW YORK CITY DEPARTMENT OF YOUTH AND
COMMUNITY DEVELOPMENT et al

                     Defendant(s).
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Clerk of Court is directed to strike the orders at ECF Nos. 142 and 143. The referral to mediation is hereby vacated. The operative order addressing the issues raised at ECF No. 141 is Judge Schofield's order at ECF No. 144. A settlement conference before the undersigned will be scheduled under a separate order.

                    **SO ORDERED.**

DATED:     New York, New York
                June 20, 2025

                                                          _____
                                                           VALERIE FIGUEREDO
                                                            United States Magistrate Judge