# William K Li Law PLLC

535 Fifth Avenue, 4th Floor, New York, New York 10017
(212) 380-8198       wli@wlilaw.com

September 18, 2025

**BY ECF**
Magistrate Judge Valerie Figueredo
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Xue Shan Wang v. NYC Dept. of Youth and Community Development,
City of New York, et al, 21-cv-6271(LGS)(VF)</u>

Dear Judge Figueredo,

  This firm represents Plaintiff Xue Shan Wang ("Plaintiff") in the above-referenced workplace disability discrimination and retaliation matter. We write to respectfully request to adjourn the settlement conference currently scheduled for October 8, 2025 before Your Honor *sine die* for the following reason.

  Plaintiff previously informed District Judge Lorna G. Schofield during the June 3, 2025 Court Conference and in the June 17, 2025 status report (ECF No. 141) that any mediation or settlement conference will not be fruitful because counsel for Defendants have informed us that they have not obtained any settlement authority from the New York City Comptroller's office or from their client. As a result, Judge Schofield ordered Defendants to provide an update to the Court every thirty (30) days as to whether they have obtained any settlement budget and authority. (ECF Nos. 144 and 149). However, Defendants have not inform the Plaintiff or the Court that they have obtained any settlement authority as of today.

  Given that the undersigned will need to commence work soon on a pre-mediation statement that will be due on October 1, 2025, we believe that it would be best use of judicial and monetary resources and time for all those involved to adjourn the settlement conference *sine die* until we receive notice that counsel for Defendants have receive settlement budget and authority. The settlement conference would not be productive if Defendants do not have any settlement authority.

**MEMO ENDORSED**

*/s/ Valerie Figueredo*
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2025

As Defendant has not indicated they have obtained settlement authority, the conference scheduled for **October 8, 2025** is adjourned. Defendant is directed to file a status update as to whether they have obtained settlement authority by **September 26, 2025,** and every 30 days thereafter, until formal settlement authority is granted. The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 161.

Respectfully Submitted,

  */s/ William Li*

William Li

cc: Defendants' Counsel (Via ECF)