UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WANG,
                               Plaintiff

              -against-                         21 Civ. 6271 (LGS)

NEW YORK CITY DEPARTMENT OF
YOUTH AND COMMUNITY                         **ORDER**
DEVELOPMENT, et al.,
                               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendants filed a motion for summary judgment on September 3, 2025.

      WHEREAS, Plaintiff's opposition and Defendants' reply are due November 3, 2025, and December 3, 2025, respectively. The parties' settlement conference, previously scheduled for October 8, 2025, drove the extended briefing schedule.

      WHEREAS, the settlement conference was cancelled on September 22, 2025, as Defendants lacked settlement authority.

      WHEREAS, as of September 26, 2025, Defendants now possess settlement authority. *See* Dkt. No. 163.

      WHEREAS, the settlement conference accordingly was rescheduled for February 2, 2026. It is hereby

      **ORDERED** that in the interest of efficiency, Defendants' motion for summary judgment is **DENIED** without prejudice to refiling after the settlement conference should the parties fail to resolve the case.

      The Clerk of Court is respectfully direct to close the motion at Dkt. No. 157.

Dated: September 30, 2025
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE