UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
WANG,                                                          :
                                          Plaintiff,           :
                                                               :        21 Civ. 6271(LGS)
                         -against-                             :
                                                               :
NEW YORK CITY DEPARTMENT                                       :        **ORDER**
OF YOUTH AND COMMUNITY                                         :
DEVELOPMENT, et al.,                                           :
                                       Defendants.             :
                                                               :
---------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties attended a settlement conference before Magistrate Judge

Figueredo on February 2, 2026.

WHEREAS, the parties were unable to reach a settlement.  It is hereby

**ORDERED** that the parties shall file a joint status letter by **February 13, 2026**,

proposing next steps in this case, including any proposal for summary judgment briefing or trial

preparation.

Dated: February 10, 2026
       New York, New York

                                          _____
                                              **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**