# William K Li Law PLLC

535 Fifth Avenue, 4th Floor, New York, New York 10017
(212) 380-8198      wli@wlilaw.com

March 23, 2026

**BY ECF**
District Judge Lorna G. Schofield
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 1106
New York, New York 10007

Application **GRANTED**. Plaintiff's opposition shall be filed by **April 3, 2026**. Defendants' reply, if any, shall be filed by **April 17, 2026**. The Clerk of the Court is directed to terminate the letter motion at Dkt. No. 176.

Dated: March 24, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

    Re:    **Xue Shan Wang v. NYC Dept. of Youth and Community Development, City of New York, et al, 21-cv-6271(LGS)(VF)**

Dear Judge Schofield,

I represent Plaintiff Xue Shan Wang ("Plaintiff") in the above-referenced workplace disability discrimination and retaliation matter. I write to respectfully request a brief one (1) week consented extension of time for Plaintiff to submit her opposition to Defendants' Motion for Summary Judgment. This request is necessitated due to my child and then my spouse both been infected by Covid-19 and thus leaving me as the only remaining healthy adult thus far in the family to care for them, which has caused disruption to my work.

This is our first request for an extension of time of the current briefing schedule for Defendants' Motion for Summary Judgment. Defendants consent to this request.

Should the Court grant our request, we respectfully request the briefing schedule to be modified as follows:

- Plaintiff's opposition deadline extended from March 27, 2026 to April 3, 2026; and
- Defendants' reply deadline to be extended from April 10, 2026 to April 17, 2026.

We thank the Court for its continued time and attention to this matter.

Respectfully Submitted,

*/s/ William Li*

William Li

cc:    Defendants' Counsel (Via ECF)