UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XUE SHAN WANG,

Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF YOUTH AND COMMUNITY DEVELOPMENT et al.,

Defendants.

21 CIVIL 6271 (LGS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 29, 2026, Defendants' motion for summary judgment is GRANTED as to Plaintiff's ADA and FMLA claims. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims under the NYSHRL and NYCHRL, which are DISMISSED without prejudice to refiling in state court. Accordingly, judgment is entered in favor of Defendants and the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**